FILE COPY



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

ACKER, DANIEL CLATE                    CAUSE NUMBER WR-56,841-06

V.

THE STATE OF TEXAS

## **ORDER**

The above styled and numbered cause is before this Court on Application for Writ of Habeas Corpus pursuant to Art. 11.071 stemming from Applicant's Capital Murder conviction in Cause No. 0016026 from the 8th District Court of Hopkins County.

Exhibits Nos. 1 - 19 are ordered returned to the District Clerk of Hopkins.

IT IS SO ORDERED THIS THE 24TH DAY OF AUGUST, 2021

PER CURIAM

EN BANC
DO NOT PUBLISH